■ THOMAS FITZWATER et al., Plaintiffs, v SCHENECTADY STEEL CO., INC., Defendant. ERECTORS, INC., Fourth-Party Plaintiff-Respondent, v STREETER ASSOCIATES, INCORPORATED, Fourth-Party Defendant-Appellant. [737 NYS2d 567] —Appeal from an order of Supreme Court, Monroe County (Galloway, J.), entered April 4, 2001, which, inter alia, denied fourth-party defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Galloway, J. Present—Wisner, J.P., Hurlbutt, Kehoe, Burns and Lawton, JJ.